UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTHONY ERNST FAIN, | |
| Plaintiff, | CASE NO. C10-5054BHS |
| v. | |
| ROB MCKENNA, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| Defendant. | |

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 14). The Court having considered the Report and Recommendation and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)   The Report and Recommendation is ADOPTED;

(2)   Defendants' petition for habeas corpus relief (Dkt. 5) is **DISMISSED with prejudice**.

DATED this 17th day of September, 2010.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER