# United States District Court

WESTERN DISTRICT OF WASHINGTON

ANTHONY ERNST FAIN

v.

ROB McKENNA

**AMENDED**
JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5054BHS

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation is ADOPTED: and

Petitioner's petition for habeas corpus relief (Dkt. 5) is **DISMISSED with prejudice.**

September 22, 2010             BRUCE RIFKIN
Date                                            Clerk

                                                                  *s/CM Gonzalez*
                                                                   Deputy Clerk